IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

United States of America,  3:07cr001

    Plaintiff,

**O R D E R**

Roosevelt D. Wilson,

    Defendant

    Upon the court's finding that defendant, Roosevelt D. Wilson, is not guilty only by reason of insanity at the time of the offense charged, defendant is hereby recommitted to the custody of the Attorney General in a governmental hospital facility, namely that facility, located in Rochester, Minnesota, pursuant to 18 U.S.C. 4243 until such time as he is eligible for release pursuant to 18 U.S.C. 4243 (e).

    Prior to the date of the hearing requested by 18 U.S.C. 4243 (c), the court hereby orders that a psychiatric/psychological examination of the defendant be conducted, and that the report be filed with the court, pursuant to 18 U.S.C. 4247 (b) and (c). For purposes of the examination pursuant to 18 U.S.C. 4243, the defendant is hereby committed for a reasonable period, not to exceed forty-five days or shorter if the report pursuant to section 4243 (b) is completed earlier. The director of the facility may apply for a reasonable extension, but not to exceed thirty days, upon the showing of good cause that the additional time is necessary to

observe and evaluate the defendant. The report shall be prepared by the examiner designated to conduct the psychiatric/psychological examination and shall be filed with the court with copies provided to defendant's counsel, Attorney Sheldon Wittenberg, Ste 840, 520 Madison Avenue, Toledo, Ohio 43604 and A.U.S.A. Thomas Weldon, Four Seagate, Third Floor, Toledo, Ohio 43604. The report shall include the defendant's history and present symptoms; a description of the psychiatric, psychological and medical tests that were employed and their results; the examiner's findings; and the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another.

Pursuant to 18 U.S.C. 4247 (e), the director of the facility in which the defendant is hospitalized pursuant to 18 U.S.C. 4243 shall prepare an annual report concerning the mental condition of the defendant and containing recommendations concerning the need for his continued hospitalization. The report shall be submitted to this court.

Time deemed excludable in the interest of justice pursuant to 18 U.S.C. 3161.

So Ordered.

S/ James G. Carr
Chief Judge
United States District Judge